UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | 18-78 |
| JAIME LOZANO-CEJA | SEC. "A" |

### ORDER AND REASONS

Before the Court is the Defendant's **MOTION to Reduce Sentence (Rec. Doc. 82)** filed by Jaime Lozano-Ceja. The motion is regarding a reduction in the Defendant's sentence because of the conditions of his detention in federal prison. The Defendant's motion is DISMISSED WITHOUT PREJUDICE for the following reasons.

Generally, "court[s] may not modify a term of imprisonment once it has been imposed." 18 U.S.C. § 3582(c). This rule has some exceptions, which, under the First Step Act, may now be presented to the court upon a defendant's motion for compassionate relief. For such a motion to be properly before the court, the defendant must either "exhaust all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf," or 30 days must elapse "from the receipt of such a [compassionate release] request by the warden of the defendant's facility, whichever is earlier." 18 U.S.C. § 3582(c)(1)(A). The court "may" grant such a motion if, "after considering the factors set forth in [18 U.S.C. § 3553(a)] to the extent that they are applicable," it finds that "extraordinary and compelling reasons warrant such a reduction." *Id.* The court must also conclude, however, that "such a reduction is consistent with applicable policy statements issued by the Sentencing Commission." *Id.*

The Court need not delve into the merits of the Defendant's motion because the Defendant has not yet exhausted his administrative remedies. The Defendant's motion, while

stating that he asked the Warden to submit his request to reduce his sentence, has not provided any proof of that request.    Therefore, the Court shall dismiss this motion without prejudice until the Defendant has offered proof of the mandatory 30-day exhaustion requirement.

**ACCORDINGLY**;

    **IT IS ORDERED** that the Defendant's **MOTION to Reduce Sentence (Rec. Doc. 82)** is **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, August 23, 2023.

.

                                            _____
                                            Judge Jay C. Zainey
                                            United States District Judge